IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAYLEN MONZELL COLEMAN                                                               PLAINTIFF
ADC #176575

v.                                           4:24-cv-00012-LPR-JJV

LATOYA A. JOHNSON, Captain,
ADC Cummins Unit; *et al.*                                                          DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   DISCUSSION

Jaylen Monzell Coleman ("Plaintiff") is a prisoner in the Cummins Unit of the Arkansas Division of Correction. He has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging his constitutional rights have been violated.

On January 19, 2024, I entered an Order denying Plaintiff's first Application to Proceed *In Forma Pauperis* ("IFP Application") as incomplete because it did not contain a Calculation Sheet explaining the funds he had in his prisoner trust account. (Doc. 4.) I then provided Plaintiff with the necessary forms, explained the Calculation Sheet had to be completed by an authorized official, and cautioned him I would recommend dismissal if he did not either pay the filing fee in full or

1

comply with my instructions about filing a proper IFP Application. (*Id*.) And the Calculation Sheet I sent to Plaintiff reminded him that it must be signed by an "Authorized Official." (Doc. 6 at 4-5.)

On February 15, 2024, Plaintiff filed a second IFP Application including a Calculation Sheet completed by him and not an authorized official. (Doc. 6.) Because Plaintiff has not complied with my clear instructions, I cannot determine if he is eligible to proceed *in forma pauperis* and, if so, the amount of the initial partial filing fee. Accordingly, I have denied Plaintiff's second IFP Application. And I recommend this case be dismissed without prejudice due to Plaintiff's failure to properly comply with my January 19, 2024 Order. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

If Plaintiff wishes to prevent the dismissal of this lawsuit, he must file Objections to this Recommendation within fourteen days <u>and</u> either: (1) pay the $405 filing fee in full; or (2) file a third IFP Application and a Calculation Sheet **completed and signed by an authorized prison official**.

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 20th day of February 2024.

                                                             _____
                                                             JOE J. VOLPE
                                                             UNITED STATES MAGISTRATE JUDGE