**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAYLEN MONZELL COLEMAN**                                              **PLAINTIFF**
**ADC #176575**

**v.**                                        **Case No. 4:24-cv-00012-LPR**

**LATOYA A. JOHNSON, et al.**                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 8).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Mr. Coleman submitted a third Motion for Leave to Proceed *in forma pauperis* (Doc. 9). Unfortunately, this application suffers from the same defect as the last—the Calculation Sheet is not completed and signed by an authorized prison official.  It is therefore denied.